38 So.2d 207

## Clement WEAVER v. STATE.
### I Div. 566.

Court of Appeals of Alabama.
Nov. 16, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

39 So.2d 63

## P. C. WEAVER v. STATE.
### 7 Div. 981.

Court of Appeals of Alabama.
Jan. 18, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed; remanded for proper sentence, under authority of Webb et al. v. State, ante, p. 237, 38 So.2d 500.

38 So.2d 207

## Gregland WEBB v. STATE.
### 6 Div. 652.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

38 So.2d 208

## Herman WHITE v. STATE.
### 6 Div. 646.

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

41 So.2d 926

## Isadore WILSON v. STATE.
### 6 Div. 794.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

39 So.2d 63

## Red WILLIAMS v. STATE.
### 6 Div. 697.

Court of Appeals of Alabama.
Jan. 11, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.